

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00856-CV

ADRIAN BEAMON, Appellant

V.

ROMANA SANTANA, Appellee

Appeal from the County Civil Court at Law No. 1 of Harris County. (Tr. Ct. No. 1051415)

**TO THE COUNTY CIVIL COURT AT LAW NO. 1 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 12th day of March, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> Appellant, Adrian Beamon, has neither established indigence nor paid, or made arrangements to pay, all the required fees. Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

> It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal. It is further **ORDERED** that this decision be certified below for observance.

> Judgment rendered March 12, 2015.

> Judgment rendered by panel consisting of Justices Keyes, Bland, and

Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

<u>May 22, 2015</u>

Date



CHRISTOPHER A. PRINE
CLERK OF THE COURT